```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10947
   DAVID A DAY
   PATRICIA L DAY                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3390    SSN XXX-XX-6394


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/01/2006 and was not confirmed.

     The case was dismissed without confirmation 07/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
HOUSEHOLD FINANCE CORP     CURRENT MORTG         .00           .00          .00
ASPIRE VISA                UNSECURED           1786.66         .00          .00
ROBERT BENJAMIN QUERREY    UNSECURED            900.00         .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED            831.35         .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED           1830.33         .00          .00
CREDITORS BANKRUPTCY SER   UNSECURED              .00          .00          .00
LHR INC                    UNSECURED           8984.10         .00          .00
HARRIS NA                  SECURED NOT I          .00          .00          .00
ECAST SETTLEMENT CORP      UNSECURED          11066.36         .00          .00
ECAST SETTLEMENT CORP      UNSECURED            811.12         .00          .00
LEXUS FINANCIAL            UNSECURED         NOT FILED         .00          .00
ECAST SETTLEMENT CORP      UNSECURED            480.24         .00          .00
TOYOTA MOTOR CREDIT CO     UNSECURED            792.75         .00          .00
BENEFICIAL FINANCE CO      MORTGAGE ARRE       4382.42         .00          .00
CHAPMAN & CUTLER LLP       MORTGAGE ARRE      12113.03         .00          .00
HARRIS NA                  CURRENT MORTG         .00           .00          .00
LEXUS FINANCIAL            SECURED NOT I   NOT FILED           .00          .00
LHR INC                    NOTICE ONLY     NOT FILED           .00          .00
TOYOTA MOTOR CREDIT CORP   FILED LATE         25173.60         .00          .00
RONNIE B DUKES             NOTICE ONLY     NOT FILED           .00          .00
VIRGIL PILATE & STELLA P   NOTICE ONLY     NOT FILED           .00          .00
AMERICAN EXPRESS TRAVEL    UNSECURED           3721.40         .00          .00
RANDALL A WOLFF            DEBTOR ATTY         378.00                     378.00
TOM VAUGHN                 TRUSTEE                                         24.99
DEBTOR REFUND              REFUND                                      13,501.52

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 13,904.51

PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10947 DAVID A DAY & PATRICIA L DAY
```

```
ADMINISTRATIVE                                                378.00
TRUSTEE COMPENSATION                                           24.99
DEBTOR REFUND                                              13,501.52
                                    ---------------    ---------------
TOTALS                                    13,904.51          13,904.51
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/14/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE